■ VICTORIA ANNE WENZEL LECRICHIA, Respondent, v ANTHONY LECRICHIA, Appellant. [920 NYS2d 40]—

The court providently exercised its discretion in imputing an annual income of $180,000 to defendant based upon his failure to provide documentation of his current income as required by the Uniform Rules for Trial Courts (22 NYCRR) § 202.16 [k]). The husband also admitted that he works part time as a lawyer and receives, in addition to cash payments, valuable goods and services as barter (*see Gering v Tavano*, 50 AD3d 299, 300-301 [2008], *lv denied* 11 NY3d 707 [2008]; *Ivani v Ivani*, 303 AD2d 639 [2003]). We decline to disturb the pendente lite award, since there was no showing of either exigent circumstances or a failure by the court to properly consider the appropriate factors set forth in Domestic Relations Law § 240 (1-b) (*see Ayoub v Ayoub*, 63 AD3d 493, 496-497 [2009], *appeal dismissed* 14 NY3d 921 [2010]).

Defendant's motion seeking, inter alia, renewal was properly denied. The documents defendant submitted, including his tax returns, were readily available to him at the time of the initial motion (*see Ron B. v Tonya P.*, 44 AD3d 513 [2007]).

We have considered defendant's remaining arguments and find them unavailing. Concur—Gonzalez, P.J., Catterson, Richter, Abdus-Salaam and Román, JJ.